**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1685**

---

MOHAMMED AZIMI,

        Plaintiff - Appellant,

     v.

HONORABLE CLAUDE V. WORRELL, II, in his official capacity as Judge of the Albermarle County Circuit Court,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Jasmine Hyejung Yoon, District Judge.  (3:25-cv-00043-JHY-JCH)

---

Submitted:  October 16, 2025                          Decided:  October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mohammed Azimi, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammed Azimi appeals from the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice. The district court determined that it lacked subject matter jurisdiction based on the *Rooker-Feldman*[*] doctrine and that Azimi otherwise failed to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Azimi v. Worrell*, No. 3:25-cv-00043-JHY-JCH (W.D. Va. June 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923); *D.C. Ct. App. v. Feldman*, 460 U.S. 462 (1983).